IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BRENDA MOUNTAIN, | * |
| Plaintiff, | * |
| v. | Case No.  5:20-cv-00406-MTT |
| | * |
| GREGORY DOZIER, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 17, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 18th day of August, 2021.

David W. Bunt, Clerk

s/ Vanessa Siaca, Deputy Clerk